PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARCY CALAFIORE,<br><br>Defendant. | CASE NO. 1:21-CR-00115-ADA-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 9, 2023.

2. By this stipulation, defendant now moves to schedule a change of plea hearing on May 22, 2023. The parties therefore move to have the change of plea hearing scheduled for May 22, 2023 at 10:00 a.m., for the reasons set forth below.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties entered into a Plea Agreement on March 24, 2023. Dkt. 140.

   b) Counsel for defendant desires the status conference date be vacated so that a change of plea hearing can be set in order to facilitate a resolution in this matter.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 27, 2023                     PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ STEPHANIE M. STOKMAN
                                           STEPHANIE M. STOKMAN
                                           Assistant United States Attorney


Dated:  March 27, 2023                     /s/ MICHAEL BERDINELLA
                                           MICHAEL BERDINELLA
                                           Counsel for Defendant
                                           DARCY CALAFIORE

## ORDER

IT IS SO ORDERED that the status conference set for August 9, 2023, is vacated. A change of plea hearing is set for **May 22, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time was previously excluded.

IT IS SO ORDERED.

Dated:   **March 27, 2023**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION                     2