MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant/Petitioner,
Darcy Calafiore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Darcy Calafiore,<br><br>Defendant. | Case No.: 1:21-CR-00115-ADA-BAM-3<br><br>**RELEASE ORDER FOR DEFENDANT DARCY CALAFIORE**<br><br>SENTENCING DATE: NOVEMBER 27, 2023<br>JUDGE: HON. CHARLES BREYER<br>TIME: 11:00 A.M. |

**It is Hereby Ordered** that Darcy Calafiore (DOB 11/29/1965, Fresno County JID #0113797) be released from the Fresno County Detention Facility to the Fresno First Women's Residential Treatment Program on November 28, 2023 by 8:00 a.m.

That she be released to Kathy Grinstead of Early Intervention Services (EIS), or a representative of EIS, or to a representative of Fresno First by 8:00 a.m. November 28, 2023, to transport her to the Fresno First Women's Residential Treatment Facility at 2550 W. Clinton Ave., Building 311, Fresno, California, 93705.

RELEASE ORDER RE DARCY CALAFIORE - 1

It is so Ordered.

Dated: 11/27/2023

Honorable Charles R. Breyer
United States District Court Judge
Eastern District of California