Michael W. Berdinella
Law Office of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA  93704
Phone: (559) 436-8000
Fax:  (559) 436-8900
Email: attyberdinella@gmail.com

Attorney for DARCY CALAFIORE

# IN THE UNITED STATES DISTRIC COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:21-CR-00115-CRB-BAM-3 |
| **Plaintiff,** | |
| **vs.** | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W. BERDINELLA AS ATTORNEY OF RECORD AND ORDER** |
| **DARCY CALAFIORE,** | |
| **Defendant** | |

On 04/29/2021, Defendant Darcy Calafiore was indicted on Federal charges.  CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Hon. Barbara A. McAuliffe as trial counsel to represent Ms. Calafiore on 04/29/2021 in her criminal case.  Ms. Calafiore was sentenced pursuant to a Plea Agreement on 11/27/2023.  No direct appeal was filed.   Ms. Calafiore was in custody at Sentencing. The trial phase of Ms. Calafiore's criminal case has, therefore, come to an end.   Having completed his representation of Ms. Calafiore, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Calafiore require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

MOTION TO TERMINATE CJA APPOINTMENT - 1

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 01/09/2024               Respectfully submitted,

/s/ Michael W. Berdinella
Michael W. Berdinella
Attorney for Defendant
Darcy Calafiore

## ORDER

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Darcy Calafiore at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno First Women's Residential Treatment Facility
2550 W. Clinton Ave., Building 311
Fresno, California, 93705

IT IS SO ORDERED.

Dated:  January 10, 2024

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE