P. Jarrett Cline, SB 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, California 93721
Telephone: (559) 617-4444
Email: Jarrett@559law.com

Attorney for Defendant
Darcy Calafiore

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. DARCY CALAFIORE, Defendant. | CASE NO. 1:21-CR-00115-WQH-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF P. JARRETT CLINE AS ATTORNEY OF RECORD AND ORDER** |
|---|---|

On 1/6/25, CJA Panel Attorney P. Jarrett Cline was appointed as counsel to represent Ms. Calafiore in her supervised release violation case. Ms. Calafiore was sentenced on February 24, 2025. The time for filing a direct appeal was March 14, 2025. No direct appeal was filed. Ms. Calafiore was in custody at the time of sentencing. The supervised release violation phase of Ms. Calafiore's case has come to an end. Having completed his representation of Ms. Calafiore, CJA Attorney, P. Jarrett Cline now moves to terminate his appointment under the Criminal Justice Act.

//

//

//

//

//

The Law Office of
Jarrett Cline

Should Ms. Calafiore require further legal assistance, she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: March 19, 2025                                  Respectfully Submitted,

                                                       s/ P. Jarrett Cline
                                                       P. JARRETT CLINE
                                                       Attorney for Darcy Calafiore

**ORDER**

Having reviewed the notice and found that attorney P. Jarrett Cline has completed the services for which he was appointed, the Court hereby grants attorney P. Jarrett Cline's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information.

The Law Office of Jarrett Cline

1  Darcy Calafiore

2  320 First Street, NW

3  Washington, DC 20534

4

5  **IT IS SO ORDERED.**

6  Dated: March 20, 2025

7  _____
   TROY L. NUNLEY
8  CHIEF UNITED STATES DISTRICT JUDGE