CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone: (559) 779-2315
Facsimile: (559) 442-1567

Attorney for Defendant
Darcy Calafiore

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

UNITED STATES OF AMERICA,

Plaintiff,

v.

Darcy Calafiore

Defendant.

Court Case#: 1:21-CR-00115

**MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER**

On 04/02/2026, Defendant Darcy Calafiore was indicted on federal charges. CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Darcy Calafiore on 04/22/2026 on the said charges. Ms. Calafiore was sentenced following his guilty plea on 7/13/26. No appeal was filed and the date to file an appeal has passed. Ms. Calafiore was in custody at sentencing. The trial phase of Ms. Calafiore's criminal case has, therefore, come to an end. Having completed his representation of Ms. Calafiore, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Calafiore require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 7, 2026

CROWN LAW FIRM
/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
Darcy Calafiore

**ORDER**

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Darcy Calafiore's status and contact information.

Darcy Calafiore
PO Box 872
Fresno, CA 93712

**IT IS SO ORDERED**

Dated: August 7, 2026

Troy L. Nunley
Chief United States District Judge

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567